**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES DANIEL LINDSEY,

           Petitioner,

-vs-                                   Case No. 6:05-cv-578-Orl-19KRS
                                   (Criminal Case No.: 6:02-cr-137-Orl-19KRS)

UNITED STATES OF AMERICA,

           Respondent.
_____

## ORDER

The Government has filed its response (Doc. No. 4) to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence. Accordingly, Petitioner shall have **THIRTY (30) DAYS** from the date of this order to file an opposition to the Government's response to his motion. Thereafter, both the motion and the response to it will be taken under advisement by the Court, and an order will be entered without further notice.

**DONE AND ORDERED** at Orlando, Florida, this __7th_____ day of September, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 9/7
Counsel of Record
James Daniel Lindsey